ADRIANA PEREYRA, ESQ.
**INTEGRITY LAW FIRM**
819 S. 6TH STREET
LAS VEGAS, NV 89101
PHONE: 702.202.4449
FAX:     702.947.2522
E-MAIL: adriana@integritylawnv.com
*Attorney for Defendant Drive and Go LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SALIH A. AL-HALIM, individually,<br><br>Plaintiff,<br><br>vs.<br><br>PRS, INC, DBA PREMIER RECOVERY SERVICES AND DRIVE AND GO LLC,<br><br>Defendants. | Case No.: 2:21-cv-00729-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT [ECF NO. 1]**<br><br>**[FIRST REQUEST]** |

Plaintiff Salih Al-Halim ("Plaintiff") and Drive and Go LLC ("Defendant"), by and through their respective counsel, hereby stipulate to extend the time for Defendant to file a responsive pleading to Plaintiff's Complaint [ECF No. 1]. The current deadline to respond is May 27, 2021. The parties have agreed to extend Plaintiff's time to respond up to and including June 10, 2021.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

This is the first request for such an extension. This request is made in good faith and not for purposes of delay and is being sought solely for the purpose of allowing sufficient time to brief the issues that have been submitted in Plaintiff's Complaint.

DATED this 27ᵗʰ day of May, 2021.

Respectfully submitted,

**KIND LAW**

/s/ MICHAEL KIND
MICHAEL KIND, ESQ.
NEVADA BAR NO.: 13903
8860 S. Maryland Pkwy, Ste. 106
Las Vegas, Nevada 89123
*Attorneys for Plaintiff Salih A. Al-halim*

DATED this 27ᵗʰ day of May, 2021.

Respectfully submitted,

**INTEGRITY LAW FIRM**

/s/ ADRIANA PEREYRA
ADRIANA PEREYRA, ESQ.
Nevada Bar No.: 12263
819 S. 6th Street
Las Vegas, Nevada 89101
*Attorney for Defendant Drive and Go LLC*

**IT IS SO ORDERED.**

**DATED this 1st day of June, 2021.**

_____
United States Magistrate Judge

2