George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Salih A. Al-Halim*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Salih A. Al-Halim,<br><br>　　　　　Plaintiff,<br>　v.<br><br>Boatner Asset Recovery, Inc. dba Premier Recovery Service and Drive and Go LLC,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-00729-RFB-EJY<br><br>**Stipulation of dismissal of Boatner Asset Recovery, Inc. dba Premier Recovery Service with prejudice** |

　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Salih A. Al-Halim and Boatner Asset Recovery, Inc. dba Premier Recovery Service stipulate to dismiss Plaintiff's claims against Boatner Asset Recovery, Inc. dba Premier Recovery Service with prejudice.

///

STIPULATION　　　　　- 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: July 28, 2021.

**FREEDOM LAW FIRM**

 /s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Salih A. Al-Halim*

**LEE, LANDRUM & INGLE**

 /s/ Michael Kostrinsky
David Lee, Esq.
Michael Kostrinsky, Esq.
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
*Counsel for Boatner Asset Recovery, Inc. dba Premier Recovery Service*

**INTEGRITY LAW FIRM**

 /s/ Adriana Pereyra
Adriana Pereyra, Esq.
819 S. 6th Street
Las Vegas, NV 89101
*Counsel for Drive and Go LLC*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Court
DATED this 28th day of July, 2021.

STIPULATION                                  - 2 -